U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

SEP 0 8 2006

ROBERT H. SHEMWELL, CLERK
BY _____
     DEPUTY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

---------------------------------x
MARINE & MAINLAND OF LOUISIANA, INC. :  CIVIL ACTION NO.

　　　　Plaintiff,　　　　　　　　　　　　　　**6:06-CV-1538　　LO**
　　　　　　　　　　　　　　　　　　　　　　　　**JUDGE HAIK**
　　- against -　　　　　　　　　　　　　　　　**MAGISTRATE JUDGE HILL**

POWERHOUSE COMPRESSION SERVICES, INC., :
OFFSHORE CRANE CONSULTANTS, L.L.C., :
STEVE HARRINGTON, and COBY VICE :
　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:
　　　　Defendant.　　　　　　　　　　　:
---------------------------------x

## TEMPORARY RESTRAINING ORDER

**CONSIDERING** the foregoing Motion for Temporary Restraining Order and Preliminary Injunction, and accompanying Memorandum in Support filed by the plaintiff, Marine and Mainland of Louisiana, Inc. ("M&M"), filed herein, the law and evidence being in its favor;

**IT IS HEREBY ORDERED** that a temporary restraining order pursuant to FRCP 65(b), against defendants, Powerhouse Compression Services, Inc. ("Powerhouse"), Offshore Crane Consultants, L.L.C. ("Offshore"), Steve Harrington ("Harrington"), and Coby Vice ("Vice") (collectively "Defendants"), be and hereby is **GRANTED** at 2:45 a.m./p.m.;

**IT IS FURTHER ORDERED** that Defendants are prohibited from using or disclosing any and all of Plaintiff's business, customer, pricing and marketing information that was stolen from Plaintiff's computer or otherwise misappropriated, including, but not limited to any and all

243680.1

1

documents and information contained within the August 24, 2006 emails from Vice to Harrington at Powerhouse;

**IT IS FURTHER ORDERED** that Defendants are prohibited from soliciting or accepting business from any customers or prospects identified in the Customer Rate Sheet which the Defendants obtained by Defendants through the M&M computer provided to Vice to perform his job responsibilities for M&M;

**IT IS FURTHER ORDERED** that Defendants are prohibited from soliciting any employees of Plaintiff as to which the Defendants obtained information through the M&M employee contact lists provided to Vice to perform his job responsibilities for M&M;

**IT IS FURTHER ORDERED** that Defendants are prohibited from soliciting any employees of Plaintiff as to which the Defendants obtained information through the M&M employee contact lists provided to Harrington to perform his job responsibilities for M&M;

**IT IS FURTHER ORDERED** that Defendants are prohibited from using, disclosing, copying or otherwise reproducing any and all of Plaintiff's business, customer, pricing and marketing information that was stolen from Plaintiff's computer or otherwise misappropriated, including, but not limited to, any and all documents and information contained within the August 24, 2006 emails from Vice to Harrington at Powerhouse;

**IT IS FURTHER ORDERED** that Defendants are required to immediately return to Plaintiff all of its property, documents, and business records (including all copies thereof and computer records), in their possession, custody or control, including, but not limited to any and all documents and information contained within the August 24, 2006 emails from Vice to Harrington at Powerhouse;

**IT IS FURTHER ORDERED** that M&M shall post within five (5) business days of the date of entry of this Temporary Restraining Order a surety bond in the amount of

243680.1

2

$_____, as security in connection with the issuance of this Temporary Restraining Order; and

**IT IS FINALLY ORDERED** that a hearing on M&M's request for a preliminary injunction be set for hearing on Sept. 13, 2006, at 1:00 p.m.

Dated: Lafayette, Louisiana
September 1, 2006

_____
UNITED STATES DISTRICT COURT

COPY SENT:
DATE: 9/8/06
BY: [illegible]
TO: M Ferachi
via fax

243680.1

3